[No. 9812.   In Bank. — December 13, 1886.]

CHARLES SCHRODER, APPELLANT, v. JOHN C. SCHMIDT.

APPEAL FROM JUDGMENT — ENTRY OF JUDGMENT ESSENTIAL. — An appeal from a judgment cannot be taken before the judgment is entered. If so taken, the appeal will be dismissed.

ID. — ORDER REFUSING NEW TRIAL — APPEAL FROM MAY BE TAKEN BEFORE ENTRY OF JUDGMENT. — An appeal from an order refusing a new trial may be taken before the judgment is entered.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

Motion to dismiss appeal.   The facts are stated in the opinion of the court.

*John F. Burris*, for Appellant.

*E. W. Blaney*, for Respondent.

SHARPSTEIN, J. — Respondent moves to have the appeals from the judgment and the order denying the motion for a new trial dismissed on the ground that the appeals were taken *before* the judgment was entered. That is doubtless a sufficient ground for dismissing the

appeal from the judgment. (*McLaughlin* v. *Doherty*, 54 Cal. 519; *Thomas* v. *Anderson*, 55 Cal. 43.) But the appeal from the order denying the motion for a new trial was taken within sixty days *after* the order was made. That is within the time prescribed by the code. (Code Civ. Proc., sec. 939.) We think no sufficient ground for dismissing the appeal from the order denying the motion for a new trial has been shown in this case, and the motion to dismiss that appeal is denied.

Appeal from the judgment dismissed.

THORNTON, J., MCKINSTRY, J., MYRICK, J., MORRISON, C. J., and MCKEE, J., concurred.